IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02707-BNB

SHAUN T. WHITAKER,

      Plaintiff,

v.

TERRY MAKETA - SHERIFF,
CRIMINAL JUSTICE CENTER,
CORRECTIONAL HEALTHCARE MGNT.,
DR. DIANE AL ABDULAILA (CHM), and
NURSE ED DORSEY (CHM),

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Shaun T. Whitaker, is in the custody of the El Paso County Sheriff's

Department and is currently incarcerated at the El Paso County Criminal Justice

Center. He initiated this action by filing a *pro se* Prisoner Complaint pursuant to 42

U.S.C. § 1983 and 28 U.S.C. § 1343 on November 12, 2009. He filed a *pro se*

Amended Prisoner Complaint on December 4, 2009.

The Court must construe the amended complaint liberally because Plaintiff is not

represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall*

*v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the amended complaint

reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the

Court] should do so despite the plaintiff's failure to cite proper legal authority, his

1

confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110.  However, the Court should not act as an advocate for a *pro se* litigant.  *See id.*  Under Section 1983, a plaintiff must allege that the defendants have violated his or her rights under the United States Constitution while the defendants acted under color of state law.  For the reasons stated below, Mr. Whitaker will be ordered to file a second amended complaint, name only the proper parties to the action, and assert personal participation by the proper parties.

Mr. Whitaker asserts two claims. In his first claim, he alleges that Defendant [El Paso County] Criminal Justice Center ran out of a medicine called posaconazole on three occasions.  Amended Complaint at 6.  Mr. Whitacker asserts that he requires posaconazole in order to treat a heart infection, and that his life is threatened when he does not receive his medication.  *Id.*  In his second claim, Mr. Whitaker asserts that Defendant Nurse Ed Dorsey refused to give Mr. Whitaker his medication on two occasions.  *Id.* at 10.  Mr. Whitaker alleges that this treatment violated his right to be free from cruel and unusual punishment pursuant to the Eighth Amendment.

However, Defendants [El Paso County] Criminal Justice Center and Correctional Healthcare Management are not proper parties to this action.  Municipalities and municipal entities are not liable under 42 U.S.C. § 1983 solely because their employees inflict injury on a plaintiff.  *Monell v. New York City Dep't of Social Servs.*, 436 U.S. 658, 694 (1978); *Hinton v. City of Elwood, Kan.*, 997 F.2d 774, 782 (10th Cir. 1993).  To establish liability, a plaintiff must show that a policy or custom exists and that there is

2

a direct causal link between the policy or custom and the injury alleged. *City of Canton, Ohio v. Harris*, 489 U.S. 378, 385 (1989). Mr. Whitaker cannot state a claim for relief under § 1983 merely by pointing to isolated incidents. *See Monell*, 436 U.S. at 694.

Mr. Whitaker also must assert personal participation by each named defendant. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Whitaker must show how named defendants caused a deprivation of his federal rights. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant such as Sheriff Terry Maketa may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Whitaker fails to assert how all named Defendants personally participated in the alleged constitutional violations. Therefore, he will be directed to file a Second Amended Complaint that alleges how all named Defendants personally participated in the alleged constitutional violations. The Second Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir.

3

2007).

Mr. Whitaker may use fictitious names, such as Jane or John Doe, if he does not know the real names of the individuals who allegedly violated his rights.  However, if Mr. Whitaker uses fictitious names he must provide sufficient information about each defendant so that each defendant can be identified for purposes of service. Accordingly, it is

ORDERED that Plaintiff, Shaun T. Whitaker, file **within thirty (30) days from the date of this order** a second amended complaint that complies with the directives in this order.  It is

FURTHER ORDERED that it shall be titled " Second Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294.  It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Whitaker, together with a copy of this order, two copies of the following form to be used in submitting the second amended complaint:  Prisoner Complaint.  It is

FURTHER ORDERED that, if Mr. Whitaker fails to file a second amended complaint that complies with this order to the Court's satisfaction within the time allowed, the complaint and the action will be dismissed without further notice.

DATED December 30, 2009, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02707-BNB

Shaun T. Whitaker
Prisoner No.  A00186887
Criminal Justice Center
2739 East Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 12/30/09

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk